USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2022

RECEIVED
SDNY PRO SE OFFICE
2022 AUG -1 PM 4:04

United States District Court
Southern District of New York

United States of America,

-against-   No. 19-CR-35 (NSR)
            No. 21-CV-6465 (NSR)

Darrell Jones,
    Petitioner.

_____/

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Petitioner, Darrell Jones, a federal prisoner proceeding pro se, appeals to the United States Court of Appeals for the Second Circuit, the United States District Court's Order and Opinion entered on July 20, 2022 denying Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, this 26th day of July, 2022.

Respectfully submitted,

Darrell Jones
Darrell Jones #11032-052
FCI Williamsburg, P.O. Box 340

Name: Darrell Jones
Register Number: 11032-052
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

LEGAL MAIL



SDNY PRO SE OFFICE

Pro Se Clerks Office
United States District Court
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, NY 10007

10007-133099

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (White Plains)
### CRIMINAL DOCKET FOR CASE #: 7:19−cr−00035−NSR All Defendants

Case title: USA v. Jones

Related Case: 7:21−cv−06465−NSR
Magistrate judge case number: 7:18−mj−10726−UA

Date Filed: 01/16/2019

Date Terminated: 12/12/2019

Assigned to: Judge Nelson Stephen Roman

**Defendant (1)**

**Darrell Jones**
*TERMINATED: 12/12/2019*

represented by **Benjamin David Gold**
Federal Defenders of New York Inc. (White Plains)
300 Quarropas Street
White Plains, NY 10601
914−355−8077
Email: ben_gold@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susanne Brody**
Federal Defenders of New York Inc. (White Plains)
300 Quarropas Street
White Plains, NY 10601
(914) 428−7124
Fax: (914) 997−6872
Email: susanne_brody@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:841A=CD.F CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE
(1s)

18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN
(2s)

**Disposition**

Imprisonment: One Hundred Twenty (120) Months on Count One of conviction and Sixty (60) Months on Count Two of conviction, to be served consecutively, for a total term of One Hundred Eighty (180) Months, with credit for time served while in New York State custody; Supervised Release: Five (5) Years each on Counts One and Two, to run concurrently

Imprisonment: One Hundred Twenty (120) Months on Count One of conviction and Sixty (60) Months on Count Two of conviction, to be served consecutively, for a total term of One Hundred Eighty (180) Months, with credit for time served while in New York State custody; Supervised Release: Five (5) Years each on Counts One and Two, to run concurrently

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1–2) | Underlying indictment counts are dismissed on the motion of the US |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (3–5) | Underlying indictment counts are dismissed on the motion of the US |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (6) | Underlying indictment counts are dismissed on the motion of the US |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922G.F | |

**Plaintiff**

| **USA** | represented by | **Samuel Raymond** <br> DOJ–USAO <br> 1 St Andrew's Plaza <br> New York, NY 10007 <br> 212–637–6519 <br> Email: samuel.raymond@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2018 | 1 | SEALED COMPLAINT as to Darrell Jones (1). (Signed by Magistrate Judge Lisa Margaret Smith) (ap) [7:18–mj–10726–UA] (Entered: 12/26/2018) |
| 12/20/2018 | | Arrest of Darrell Jones. (lnl) [7:18–mj–10726–UA] (Entered: 12/26/2018) |
| 12/20/2018 | 2 | Minute Entry for proceedings held before Magistrate Judge Lisa Margaret Smith: Initial Appearance as to Darrell Jones held on 12/20/2018. Appearances entered by AUSA Samuel Raymond for the Government; FPD Susanne Brody for the Defendant. Susanne Brody (FD) appointed as counsel for Defendant. Defendant waives public reading of the complaint. Defendant is ordered detained on consent without prejudice to a future bail application. Preliminary Hearing: 1/16/2019. (Court Reporter Courtflow) (lnl) [7:18–mj–10726–UA] (Entered: 12/26/2018) |
| 12/20/2018 | 3 | CJA 23 Financial Affidavit by Darrell Jones. APPROVED for Susanne Brody (FPD). (Signed by Judge Magistrate Judge Lisa Margaret Smith) (lnl) [7:18–mj–10726–UA] (Entered: 12/26/2018) |
| 01/16/2019 | 4 | INDICTMENT FILED as to Darrell Jones (1) count(s) 1–2, 3–5, 6. (lnl) (Entered: 01/16/2019) |
| 01/16/2019 | | Case Designated ECF as to Darrell Jones (lnl) (Entered: 01/16/2019) |
| 01/17/2019 | | ***DELETED DOCUMENT. Deleted document number 1/17/2019 MINUTE ENTRY, as to Darrell Jones. The document was incorrectly filed in this case. (lnl) |

| | | |
|---|---|---|
| | | (Entered: 01/24/2019) |
| 01/22/2019 | | Minute Entry for proceedings held before Magistrate Judge Judith C. McCarthy: Arraignment as to Darrell Jones (1) Count 1–2,3–5,6 held on 1/22/2019. Plea entered by Darrell Jones Not Guilty. Darrell Jones present with Susanne Brody. AUSA: Samuel Raymond. Court Reporter: Courtflow. The defendant was arraigned on the Indictment, waived public reading, and entered a not guilty plea. The matter was wheeled out and assigned to Judge Roman. Any request for an exclusion of time must be made to the District Judge. Detention continued. (jbo) (Entered: 01/22/2019) |
| 01/22/2019 | | Minute Entry for proceedings held before Judge Nelson Stephen Roman: Pretrial Conference as to Darrell Jones held on 1/22/2019. Defendant Darrell Jones present with counsel Susanne Brody, Esq. AUSA Samuel Raymond also present. Angela O'Donnell is court reporter. The Government should produce discovery within two weeks. Defendant and counsel need time to review it. Status conference scheduled for March 14, 2019 at 10:00 am. Speedy trial time is excluded from today, January 22, 2019, until March 14, 2019 in the interests of justice. Defendant remanded. (jbo) Modified on 1/24/2019 (lnl). (Entered: 01/22/2019) |
| 01/22/2019 | | Case as to Darrell Jones REASSIGNED to Judge Nelson Stephen Roman. Judge Unassigned no longer assigned to the case. (lnl) (Entered: 01/24/2019) |
| 01/22/2019 | | Set/Reset Deadlines/Hearings as to Darrell Jones: Status Conference set for 3/14/2019 at 10:00 AM before Judge Nelson Stephen Roman. (lnl) (Entered: 01/24/2019) |
| 01/25/2019 | 5 | PROTECTIVE ORDER as to Darrell Jones...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Nelson Stephen Roman on 1/25/2019) (ap) (Entered: 01/28/2019) |
| 02/19/2019 | 6 | SEALED DOCUMENT placed in vault. (lnl) (Entered: 02/19/2019) |
| 03/14/2019 | | Minute Entry for proceedings held before Judge Nelson Stephen Roman: Status Conference as to Darrell Jones held on 3/14/2019. Defendant Darrell Jones present with counsel Susanne Brody, Esq. AUSA Samuel Raymond also present. Sue Ghorayeb is court reporter. Discovery production is complete. Status conference scheduled for April 17, 2019 at 11:30 am. Speedy trial time is excluded from today, March 14, 2019, until April 17, 2019 in the interests of justice. Defendant remanded. (Status Conference set for 4/17/2019 at 11:30 AM before Judge Nelson Stephen Roman) (lnl) (Entered: 03/14/2019) |
| 04/17/2019 | | Minute Entry for proceedings held before Judge Nelson Stephen Roman: Status Conference as to Darrell Jones held on 4/17/2019. Status conference held. Defendant Darrell Jones present with counsel Susanne Brody, Esq. AUSA Samuel Raymond also present. Discovery production is complete. Change of Plea scheduled for May 15, 2019 at 10:30 am. If a disposition is not reached by the next conference, a briefing schedule will be set. Speedy trial time is excluded from today, April 17, 2019, until May 15, 2019 in the interests of justice. Defendant remanded. (Change of Plea Hearing set for 5/15/2019 at 11:30 AM before Judge Nelson Stephen Roman) (Court Reporter Sue Ghoreyab) (ap) (Entered: 04/17/2019) |
| 04/17/2019 | | Set/Reset Hearings as to Darrell Jones: Change of Plea Hearing set for 5/15/2019 at 10:30 AM before Judge Nelson Stephen Roman. (ap) (Entered: 04/19/2019) |
| 05/09/2019 | 7 | (1) SUPERSEDING INFORMATION (Felony) filed as to Darrell Jones (1) count(s) 1s, 2s. (ap) (Entered: 05/13/2019) |
| 05/09/2019 | | Minute Entry for proceedings held before Magistrate Judge Lisa Margaret Smith: Arraignment as to Darrell Jones (1) Count 1s,2s held on 5/9/2019. AUSA Samuel Raymond appearing for the Government. Defendant Darrell Jones present with attorney Susanne Brody (FD). Defendant executes waiver of indictment. Superseding felony information filed. Defendant waives a public reading of the superseding felony information. Judge Roman previously wheeled out and assigned. (Court Reporter Courtflow) (ap) (Entered: 05/13/2019) |
| 05/09/2019 | 8 | WAIVER OF INDICTMENT by Darrell Jones. (ap) (Entered: 05/13/2019) |
| 05/09/2019 | | Minute Entry for proceedings held before Magistrate Judge Lisa Margaret Smith: Change of Plea Hearing as to Darrell Jones held on 5/9/2019. AUSA Samuel Raymond |

| | | |
|---|---|---|
| | | appearing for the Government. Defendant Darrell Jones present with attorney Susanne Brody (FD). Defendant consents to proceed on a felony plea before a United States Magistrate Judge. Defendant enters a plea of guilty to the counts in the superseding felony information. Defendant admits to the forfeiture allegation in the maximum amount of $18,000. A transcript is directed within 30 days. A presentence investigation and report is directed. Sentencing is scheduled for September 19, 2019, at 10:30 a.m. before Judge Roman. Defendants detention is continued. Adjourned. (Court reporter: Courtflow)(ap) (Entered: 05/13/2019) |
| 05/09/2019 | | Minute Entry for proceedings held before Magistrate Judge Lisa Margaret Smith: **Plea entered by Darrell Jones (1) Guilty as to Count 1s,2s.** (ap) (Entered: 05/13/2019) |
| 05/09/2019 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Darrell Jones. (Signed by Magistrate Judge Lisa Margaret Smith on 5/9/2019) (ap) (Entered: 05/13/2019) |
| 05/09/2019 | | Set/Reset Hearings as to Darrell Jones: Sentencing set for 9/19/2019 at 10:30 AM before Judge Nelson Stephen Roman. (ap) (Entered: 05/13/2019) |
| 05/09/2019 | 9 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Darrell Jones. (ap) (Entered: 05/13/2019) |
| 05/15/2019 | 10 | RESCHEDULING NOTICE: as to (19−Cr−35−01) Darrell Jones. The above case previously scheduled for Sentencing on September 19, 2019, is hereby adjourned until October 25, 2019 at 11:30 am in Courtroom 218 before the Hon. Nelson S. Romn, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. (Gina Sicora, Courtroom Deputy to Hon. Nelson S. Roman, U.S.D.J., Dated: May 15, 2019) (bw) (Entered: 05/15/2019) |
| 07/31/2019 | 11 | REPORT AND RECOMMENDATIONS as to Darrell Jones. Objections to R&R due by 8/14/2019. (Signed by Magistrate Judge Lisa Margaret Smith on 7/31/2019) (Transcript on file in Clerk's Office) (lnl) Modified on 10/18/2019 (ap). (Entered: 07/31/2019) |
| 09/02/2019 | 12 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Darrell Jones. Notice is hereby given that an official transcript of a Plea proceeding held on 05/09/2019 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (O'Donnell, Angela) (Entered: 09/02/2019) |
| 09/02/2019 | 13 | TRANSCRIPT of Proceedings as to Darrell Jones re: Plea held on 05/09/2019 before Magistrate Judge Lisa M. Smith. Court Reporter/Transcriber: Angela O*Donnell, (914) 390−4025, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/23/2019. Redacted Transcript Deadline set for 10/3/2019. Release of Transcript Restriction set for 12/2/2019. (O'Donnell, Angela) (Entered: 09/02/2019) |
| 09/24/2019 | 14 | ENDORSED LETTER as to Darrell Jones addressed to Judge Nelson Stephen Roman from Benjamin Gold dated 9/24/19 re: Reschedule Sentencing....ENDORSEMENT: Application granted. Sentencing adjourned from October 25, 2019 until December 12, 2019 at 10:00am., as to Darrell Jones( Sentencing set for 12/12/2019 at 10:00 AM before Judge Nelson Stephen Roman.) (Signed by Judge Nelson Stephen Roman on 9/24/19)(jw) (Entered: 09/24/2019) |
| 10/17/2019 | 16 | ORDER ACCEPTINGPLEA ALLOCUTION as to Darrell Jones. (Signed by Judge Nelson Stephen Roman on 10/17/2019) (ap) (Entered: 10/18/2019) |
| 11/27/2019 | 17 | LETTER MOTION addressed to Judge Nelson Stephen Roman from Benjamin Gold dated 11/27/2019 re: Sentencing Memorandum *for Darrell Jones*. Document filed by Darrell Jones. (Attachments: # 1 Exhibit Exhibit List, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H)(Gold, Benjamin) (Entered: 11/27/2019) |

| | | |
|---|---|---|
| 12/02/2019 | 18 | Sentencing Letter by USA as to Darrell Jones. (Raymond, Samuel) (Entered: 12/02/2019) |
| 12/06/2019 | 19 | Sentencing Letter by Darrell Jones addressed to Honorable Nelson S. Roman from Benjamin Gold, Esq. dated 12/06/2019 re: Sentencing Letter. (Gold, Benjamin) (Entered: 12/06/2019) |
| 12/12/2019 | | Minute Entry for proceedings held before Judge Nelson Stephen Roman:Sentencing held on 12/12/2019 for Darrell Jones (1) Count 1s,2s. Defendant Darrell Jones present with counsel Benjamin Gold, Esq. AUSA Samuel Raymond also present. Court reporter is Darby Ginsberg. Presentence Report approved. The Court sentenced defendant to a term of One Hundred Twenty (120) Months on Count One of conviction and Sixty (60) Months on Count Two of conviction, to be served consecutively, for a total term of OneHundred Eighty (180) Months. The Court recommends incarceration at a facility nearest to Westchester County, New York. The Court will also recommend Defendant receive credit for time served while in New York State custody. Upon release from imprisonment, the defendant shall be on supervised release for a term of Five (5) Years each on Counts One and Two, to run concurrently, subject to the standard conditions 1–12 as well as mandatory and special conditions. Restitution not applicable. No fine levied. Defendant shall pay the United States $200 Special Assessment due immediately. The Governments oral motion to dismiss the underlying counts of conviction in S1 is GRANTED. Although Defendant waived his right to appeal under the plea agreement, the Court directed Defendants attorney to thoroughly discuss the ramifications of the waiver with Defendant. Defendant remanded. The Clerk of the Court requested to terminate the letter motion (sentencing memorandum) (doc. 17). (jw) (Entered: 12/12/2019) |
| 12/12/2019 | | DISMISSAL OF COUNTS on Court or Defendant Motion as to Darrell Jones (1) Count 1−2,3−5,6. (jw) (Entered: 12/12/2019) |
| 12/12/2019 | 20 | JUDGMENT IN A CRIMINAL CASE as to Darrell Jones (1). The defendant pleaded guilty to Count(s) 1s, 2s. Underlying indictment counts are dismissed on the motion of the US; Imprisonment: One Hundred Twenty (120) Months on Count One of conviction and Sixty (60) Months on Count Two of conviction, to be served consecutively, for a total term of One Hundred Eighty (180) Months, with credit for time served while in New York State custody; Supervised Release: Five (5) Years each on Counts One and Two, to run concurrently, subject to the standard conditions 1–12 as well as mandatory and special conditions. Although Defendant waived his right to appeal under the plea agreement, the Court directed Defendant's attorney to thoroughly discuss the ramifications of the waiver with Defendant. The court makes the following recommendations to the Bureau of Prisons: The Court recommends incarceration at a facility nearest to Westchester County, New York to facilitate family visitation. Assessment: $200.00 due immediately. (Signed by Judge Nelson Stephen Roman on 12/12/19)(jbo) (Entered: 12/12/2019) |
| 01/15/2020 | 21 | TRANSCRIPT of Proceedings as to Darrell Jones re: Sentence held on 12/12/2019 before Judge Nelson Stephen Roman. Court Reporter/Transcriber: Darby Ginsberg, (914) 390−4102, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/5/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 4/14/2020. (Ginsberg, Darby) (Entered: 01/15/2020) |
| 01/15/2020 | 22 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Darrell Jones. Notice is hereby given that an official transcript of a Sentence proceeding held on 12/12/2019 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Ginsberg, Darby) (Entered: 01/15/2020) |
| 07/29/2021 | 23 | MOTION to Vacate under 28 U.S.C. 2255 Document filed by Darrell Jones. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(rdz)<br>Civil case 7:21−cv−06465 opened. (Entered: 07/29/2021) |

| | | |
|---|---|---|
| 11/05/2021 | 24 | MEMORANDUM in Opposition by USA as to Darrell Jones re 23 MOTION to Vacate under 28 U.S.C. 2255. (Attachments: # 1 Exhibit Exhibit A)(Raymond, Samuel) (Entered: 11/05/2021) |
| 11/05/2021 | 26 | SEALED DOCUMENT placed in vault. (ap) (Entered: 11/09/2021) |
| 11/08/2021 | 25 | Certificate of Service of 24 Memorandum in Opposition to Motion by USA as to Darrell Jones. Document was served on Darrell Jones on 11/5/2021. Service was made by MAIL. (Raymond, Samuel) (Entered: 11/08/2021) |
| 11/15/2021 | 27 | LETTER by Darrell Jones addressed to Judge Nelson Stephen Roman from Darrell Jones dated 11/12/2021 re: Defendant writes to request that the court adjourn the movant's deadline for it's reply to the Government's opposition in response to the movant Darrell Jones's petition, pursuant to 28 USC §2255, for habeas relief. (Re: 21 Civ. 6465(NSR)) (lnl) (Entered: 11/15/2021) |
| 11/16/2021 | 28 | MEMO ENDORSEMENT as to Darrell Jones on re: 27 Letter filed by Darrell Jones...ENDORSEMENT...Mr. Jones request for an extension is granted. Mr. Jones is directed to serve his reply on or by January 7, 2022. The Clerk of the Court is respectfully directed to mail a copy of this endorsement to Mr. Jones and show service on the docket (Defendant Replies due by 1/7/2022.) [**Mailed this Memo Endorsement to defendant Darrell Jones at address: Register #11032–052, FCI Williamsburg, PO Box 340, Salters, SC 29590 on 11/16/2021**] (Signed by Judge Nelson Stephen Roman on 11/16/21)(jw) (Entered: 11/16/2021) |
| 12/20/2021 | 30 | LETTER addressed to Judge Nelson Stephen Roman dated 12/15/21 re: Letter from Darrell Jones to request that this court grant a second extension and adjourn the movant's deadline for a additional 14 days from January 7, 2022 to January 21, 2022 for the movant's reply to the Government. Refer to 21 cv 6465 (jw) (Entered: 12/21/2021) |
| 12/21/2021 | 29 | ENDORSED LETTER as to Darrell Jones addressed to Judge Nelson Stephen Roman, from Darrell Jones dated 12/15/2021 re: Defendant writes to request extension of time to file reply. ENDORSEMENT: Plaintiffs request for an extension is granted. Plaintiffs is directed to serve his reply on or by January 21, 2022. The Clerk of Court is kindly directed to mail a copy of this endorsement to Plaintiff and show service on the docket. (Replies due by 1/21/2022) (Signed by Judge Nelson Stephen Roman on 12/21/2021) (Copy mailed to Defendant at: DARRELL JONES, Register Number: 11032–052, FCI Williamsburg, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 340, SALTERS, SC 29590) (ap) Modified on 12/27/2021 (ap). (Entered: 12/21/2021) |
| 01/26/2022 | 31 | MOTION To Grant Plaintiff's Petition in Full, vacate and set aside the sentence, and release plaintiff immediately Document filed by Darrell Jones. [**Refer to 21cv6465**] (jw) (Entered: 01/27/2022) |
| 01/26/2022 | 32 | MEMORANDUM OF LAW IN OPPOSITION REPLY TO THE GOVERNMENT'S ANSWER PURSUANT TO 28 USC 2255 TO VACATE, SET ASIDE, OR CORRECT PETITIONER'S SENTENCE (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5)(jw) (Entered: 01/27/2022) |
| 02/10/2022 | 33 | LETTER by Darrell Jones addressed to Pro Se Clerk's Office from Darrell Jones dated 2/6/2022 re: Defendant writes to follow up as to the status of his reply motion in response to the Government's answer in opposition to his 28 USC 2255 petition. (lnl) (Entered: 02/10/2022) |
| 02/11/2022 | 34 | MEMO ENDORSEMENT as to Darrell Jones on re: 33 LETTER by Darrell Jones addressed to Pro Se Clerk's Office from Darrell Jones dated 2/6/2022 re: Defendant writes to follow up as to the status of his reply motion in response to the Government's answer in opposition to his 28 USC 2255 petition. ENDORSEMENT: The Court has received Petitioner's Reply motion and has placed it on the docket. The Court considers Plaintiff's motion to be fully briefed, and will address it in due course. The Clerk of Court is directed to send a copy of this endorsement to pro se Petitioner and show service on the docket. SO ORDERED: (Signed by Judge Nelson Stephen Roman on 2/11/2022); Refer to civil case 21–Cv–6465 (NSR) also. (bw) (Entered: 02/11/2022) |

| | | |
|---|---|---|
| 02/11/2022 | | REMARK as to Darrell Jones. RE: 34 MEMO ENDORSEMENT. On 2/11/2022, the Clerk of the Court has mailed a copy of this endorsement to: Darrell Jones, Reg. No. 11032–052, FCI Williamsburg, Inmate Mail, P.O. Box 340, Salters, SC 29590. (bw) (Entered: 02/11/2022) |
| 06/29/2022 | 35 | DECLARATION by Darrell Jones. Dated: June 23, 2022. [*** NOTE: Refer to civil case 7:21–Cr–6465(NSR) also. ***] (bw) (Entered: 06/29/2022) |
| 07/11/2022 | 36 | LETTER by Darrell Jones addressed to United States District Court from Darrell Jones dated 7/8/2022 re: Defendant writes this letter requesting an update concerning a supplemental brief. (Re: 21CV6465) (lnl) (Entered: 07/11/2022) |
| 07/11/2022 | 37 | MEMO ENDORSEMENT as to Darrell Jones on 36 LETTER by Darrell Jones addressed to United States District Court from Darrell Jones dated 7/8/2022 re: Defendant writes this letter requesting an update concerning a supplemental brief. ENDORSEMENT: The Court has received both Petitioner's Reply papers and supplemental brief and has placed them both on the docket. The Clerk of Court is kindly directed to send a copy of the docket sheets and this endorsement to Petitioner and show service on the docket. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 7/11/2022) (A copy of this ORDER was mailed by the Clerk's Office on 7/12/2022 to Darrell Jones, Reg. No. 11032–052, FCI Williamsburg, Inmate Mail, P.O.Box 340, Salters, SC 29590) (lnl) (Entered: 07/12/2022) |
| 07/20/2022 | 38 | ORDER AND OPINION as to Darrell Jones. Darrell Jones ("Petitioner" or "Jones"), was charged in a two−count Superseding Information with possession with intent to distribute heroin in violation of 21 U.S.C. § 841(b)(1)(B) and carrying and possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). (ECF No. 7.) On May 9, 2019, Petitioner pled guilty before the Honorable Magistrate Judge Lisa M. Smith to counts one and two of the Superseding Information pursuant to a plea agreement ("the Agreement"). (ECF No. 15.) On December 12, 2019, this Court sentenced Petitioner to a term of one hundred and eighty (180) months imprisonment to be followed by a term of supervised release. (ECF No. 20.) Before the Court is Petitioner's motion pursuant to 28 U.S.C. §2255 to vacate, set aside, or correct his sentence. (ECF No. 23.) For the following reasons,Petitioner's motion is DENIED in its entirety....[*** See this Order And Opinion ***]... CONCLUSION. For the foregoing reasons, Petitioner's motion pursuant to 28 U.S.C. § 2255 to set aside and to vacate his conviction is DENIED in all respects. Petitioner failed to demonstrate entitlement to the relief sought. The Clerk of the Court is directed to terminate the motions at ECF No. 12 on docket 21cv6465 and ECF Nos. 23 and 31 on docket 19cr35, send a copy of this Opinion to Petitioner at 11032052 P.O. Box 340 Salters, SC 29590, and show service on the docket. SO ORDERED: (Signed by Judge Nelson Stephen Roman on 7/20/2022); Refer to Civil Case 21−CV−6465 (NSR) also. (bw) (Entered: 07/21/2022) |
| 07/21/2022 | | NOTICE OF MAILING as to Darrell Jones. RE: 38 ORDER AND OPINION. On 7/21/2022, the Clerk of the Court has mailed a copy of this document to: Darrell Jones, Reg. No. 11032–052, FCI Williamsburg, Federal Correctional Institution, P.O. Box 340, Salters, SC 29590. (bw) (Entered: 07/21/2022) |
| 08/01/2022 | 39 | NOTICE OF APPEAL by Darrell Jones from 38 Memorandum & Opinion. *(Copy also entered in Civil Case #21−cv−6465, Doc. #20)* (tp) (Entered: 08/03/2022) |
| 08/03/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Darrell Jones to US Court of Appeals re: 39 Notice of Appeal. (tp) (Entered: 08/03/2022) |
| 08/03/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Darrell Jones re: 39 Notice of Appeal were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/03/2022) |

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,APPEAL,2255,ECF,PRO-SE

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:21-cv-06465-NSR

Jones v. United States of America  
Assigned to: Judge Nelson Stephen Roman  
Related Case: 7:19-cr-00035-NSR-1  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/29/2021  
Date Terminated: 07/20/2022  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell Jones**    represented by   **Darrell Jones**  
11032052  
P.O. Box 340  
Salters, SC 29590  
PRO SE

V.

**Defendant**

**United States of America**    represented by   **Samuel Raymond**  
DOJ-USAO  
1 St Andrew's Plaza  
New York, NY 10007  
212-637-6519  
Email: samuel.raymond@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2021 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Darrell Jones.. (rdz) (Entered: 07/30/2021) |
| 07/29/2021 | 2 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 19-cr-35 (NSR).Document filed by Darrell Jones. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit).(rdz) (Entered: 07/30/2021) |
| 07/29/2021 |  | Case Designated ECF. (rdz) (Entered: 07/30/2021) |
| 07/29/2021 | 3 | MEMORANDUM OF LAW. Document filed by Darrell Jones. (rdz) (Entered: 07/30/2021) |
| 07/29/2021 |  | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the |

| | | |
|---|---|---|
| | | necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (rdz) (Entered: 07/30/2021) |
| 08/17/2021 | 5 | ORDER TO ANSWER, 28 U.S.C. § 2255: The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that: The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 8/17/2021) (rj) Transmission to Pro Se Assistants for processing. (Entered: 08/17/2021) |
| 08/18/2021 | 6 | INFORMATION PACKAGE MAILED to Darrell Jones, 11032052, at Williamsburg FCI, P.O. Box 340, Salters, SC 29590, on 8/18/2021 Re: 5 Order to Answer. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge. (sha) (Entered: 08/18/2021) |
| 10/14/2021 | 7 | FIRST LETTER MOTION for Extension of Time addressed to Judge Nelson Stephen Roman., LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Nelson Stephen Roman. Document filed by United States of America..(Raymond, Samuel) (Entered: 10/14/2021) |
| 10/14/2021 | 8 | ORDER granting 7 Letter Motion for Extension of Time; granting 7 Letter Motion for Extension of Time to File Response/Reply re 7 FIRST LETTER MOTION for Extension of Time addressed to Judge Nelson Stephen Roman. LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Nelson Stephen Roman.The Government's request is GRANTED. The Government is directed to file its opposition on or by November 5, 2021, and Mr. Jones is directed to file his reply on or by December 6, 2021. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 7, mail a copy of this endorsement to pro se plaintiff, show proof on the docket. So Ordered. (Responses due by 11/5/2021, Replies due by 12/6/2021.). (Signed by Judge Nelson Stephen Roman on 10/14/2021) (js) Transmission to Docket Assistant Clerk for processing. (Entered: 10/15/2021) |
| 10/15/2021 | | Mailed a copy of 8 Order on Motion for Extension of Time, Order on Motion for Extension of Time to File Response/Reply, to Darrell Jones, Register Number: 11032-052, FCI Williamsburg, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 340, SALTERS, SC 29590. (dsh) (Entered: 10/15/2021) |
| 11/15/2021 | 9 | LETTER addressed to Judge Nelson Stephen Roman from Darrell Jones, dated 11/12/21 re: The movant writes to request that the Court adjourn the movant's deadline for its Reply to the Government's Opposition in Response to the movant Darrell Jones' Petition; an extension of thirty days to 1/7/22. Document filed by Darrell Jones.(sc) (Entered: 11/15/2021) |
| 11/16/2021 | 10 | MEMO ENDORSEMENT on re: 9 Letter, filed by Darrell Jones. ENDORSEMENT: Mr. Jones' request for an extension is granted. Mr. Jones is directed to serve his reply on or by |

| | | |
|---|---|---|
| | | January 7, 2022. The Clerk of the Court is respectfully directed to mail a copy of this endorsement to Mr. Jones and show service on the docket. (Signed by Judge Nelson Stephen Roman on 11/16/2021) (ate) Transmission to Docket Assistant Clerk for processing. (Entered: 11/16/2021) |
| 11/16/2021 | | Mailed a copy of 10 Memo Endorsement, to Darrell Jones, Register Number: 11032-052, FCI Williamsburg, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 340, SALTERS, SC 29590. (dsh) (Entered: 11/16/2021) |
| 12/20/2021 | 11 | LETTER addressed to Judge Nelson Stephen Roman from Darrell Jones dated 12/15/2021 re: The movant writes to respectfully request that this court grant a second extension and adjourn the movant's deadline for an additional 14 days from January 7, 2022 to January 21, 2022...an extension of 14 days is needed to satisfy and complete his reply in accordance to the rules of this honorable court. Document filed by Darrell Jones. (ok) (Entered: 12/20/2021) |
| 01/26/2022 | 12 | MOTION to Grant Plaintiff's Petition in Full, vacate, and set aside the sentence and release plaintiff immediately. Document filed by Darrell Jones. (ok) (Entered: 01/26/2022) |
| 01/26/2022 | 13 | MEMORANDUM OF LAW in Support re: 12 MOTION to Vacate.. Document filed by Darrell Jones. (Attachments: # 1 Supplement, # 2 Supplement, # 3 Supplement, # 4 Supplement) (ok) (Entered: 01/26/2022) |
| 02/10/2022 | 14 | LETTER from Darrell Jones, dated 2/6/22 re: This is a brief follow-up to inquire as to the status of my Reply Motion in response to the Government's Answer in opposition to my 28:2255 Petition. Document filed by Darrell Jones.(sc) (Entered: 02/10/2022) |
| 02/10/2022 | | Request for Copy of the upated Docket Sheet Received: Re 14 Letter. Request for Docket Report, from Darrell Jones received on 2/10/22. Transmission to Pro Se Assistants for processing. (sc) (Entered: 02/10/2022) |
| 02/10/2022 | | Request for Copies/Transcripts/Docket Sheet Processed: Mailed copy of Docket Sheet to Darrell Jones at FCI Williamsburg, 11032052, P.O. Box 340, Salters, SC 29590 on 2/10/2022. (sha) (Entered: 02/10/2022) |
| 02/11/2022 | 15 | MEMO ENDORSEMENT on re: 14 Letter filed by Darrell Jones. ENDORSEMENT: The Court has received Petitioner's Reply motion and has placed it on the docket. The Court considers Plaintiff's motion to be fully briefed, and will address it in due course. The Clerk of Court is directed to send a copy of this endorsement to pro se Petitioner and show service on the docket. (Signed by Judge Nelson Stephen Roman on 2/11/2022) (ate) Transmission to Docket Assistant Clerk for processing. (Entered: 02/11/2022) |
| 02/14/2022 | | Mailed a copy of 15 Memo Endorsement to Darrell Jones, 11032052 at P.O. Box 340, Salters, SC 29590. (kh) (Entered: 02/14/2022) |
| 06/29/2022 | 16 | DECLARATION of Darrell Jones. Document filed by Darrell Jones. (ok) (Entered: 06/29/2022) |
| 07/11/2022 | 17 | ENDORSED LETTER addressed to Pro Se Clerks Office from Darrell Jones dated 7/8/2022 re: request for update. ENDORSEMENT: The Court has received both Petitioner's Reply papers and supplemental brief and has placed them both on the docket. The Clerk of Court is kindly directed to send a copy of the docket sheets and this endorsement to Petitioner and show service on the docket. (Signed by Judge Nelson Stephen Roman on 7/11/2022) (ate) (Entered: 07/12/2022) |
| 07/11/2022 | 18 | LETTER from Darrell Jones dated July 8, 2022 re: I am writing this letter requesting an update concerning a Supplemental Brief I just recently filed in support of both the 28 U.S.C. 2255 and also a Reply and supporting memorandum of law. Thank you. Requesting Docket Sheet. Document filed by Darrell Jones. (sac) (Entered: 07/12/2022) |

| | | |
|---|---|---|
| 07/11/2022 | | Transmission to Pro Se Assistants. Transmitted re: 17 Endorsed Letter, 18 Letter re: Requesting Docket Sheet, to the Pro Se Assistants for processing. (sac) (Entered: 07/12/2022) |
| 07/13/2022 | | Mailed a copy of 17 Endorsed Letter, to Darrell Jones 11032052 F.C.I. Williamsburg P.O. Box 340 Salters, SC 29590. (aan) (Entered: 07/13/2022) |
| 07/13/2022 | | Request for Copies/Transcripts/Docket Sheet Processed: Mailed copy of Docket Sheet to Darrell Jones 11032052 F.C.I. Williamsburg P.O. Box 340 Salters, SC 29590 on 7/13/2022. (aan) (Entered: 07/13/2022) |
| 07/20/2022 | 19 | ORDER AND OPINION re: 12 MOTION to Vacate. filed by Darrell Jones. For the foregoing reasons, Petitioner's motion pursuant to 28 U.S.C. § 2255 to set aside and to vacate his conviction is DENIED in all respects. Petitioner failed to demonstrate entitlement to the relief sought. The Clerk of the Court is directed to terminate the motions at ECF No. 12 on docket 21cv6465 and ECF Nos. 23 and 31 on docket 19cr35, send a copy of this Opinion to Petitioner at 11032052 P.O. Box 340 Salters, SC 29590, and show service on the docket. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 7/20/2022) (va) (Entered: 07/21/2022) |
| 07/22/2022 | | MAILING RECEIPT: Document No: 19. Mailed to: Darrell Jones 11032052 P.O. Box 340 Salters, SC 29590. (dsh) (Entered: 07/22/2022) |
| 08/01/2022 | 20 | NOTICE OF APPEAL from 19 Memorandum & Opinion. Document filed by Darrell Jones. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. *(Original Document Entered in Criminal Case #19-cr-0035, Doc. #39)* (tp) (Entered: 08/03/2022) |
| 08/03/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 20 Notice of Appeal. (tp) (Entered: 08/03/2022) |
| 08/03/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 20 Notice of Appeal filed by Darrell Jones were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/03/2022) |